R. KUPSCH NEW YORK, INC., v. CIE D'EXPLOITATIONS COMMERCIALES AFRICAINES S. A., et al.— Motion, having become academic by virtue of the decision of this court (*ante,* p. 870) decided February 1, 1955, is dismissed. Present — Cohn, J. P., Callahan, Breitel, Botein and Rabin, JJ.

## (March 9, 1955.)

(Republished.)

418 TRADING CORP., Respondent, v. MOON REALTY CORP. et al., Appellants, et al., Defendants.— Order granting plaintiff-respondent's motion for summary judgment of foreclosure reversed and motion denied; order denying defendants-appellants' cross motion for summary judgment modified so as to dismiss the complaint with leave to serve an amended complaint; order denying defendants-appellants' motion for reargument dismissed. Opinion *Per Curiam.* All concur. Present — Cohn, J. P., Callahan, Breitel, Botein and Rabin, JJ. [See *ante,* p. 444.]